```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                            JAN 24 2014

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAND REALTY SOLUTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ROSA VIDAL, ARCHIE GONZALEZ et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 13-9505 UA (SH) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On December 27, 2013 Defendant Rosa Vidal, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendants do not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

1 | L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount
2 | in controversy does not exceed the diversity-jurisdiction threshold of $75,000.
3 | *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful detainer Complaint
4 | alleges that the amount in controversy is "limited". Plaintiff is seeking either an
5 | amount which does not exceed $10,000; or in excess of $10,000, but not exceeding
6 | $25,000.
7 |     Nor does Plaintiff's unlawful detainer action raise any federal legal question.
8 | *See* 28 U.S.C. §§ 1331, 1441(b).
9 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
10 | Superior Court of California, Los Angeles County, Long Beach Courthouse, 415
11 | W. Ocean Beach Blvd., Long Beach, CA 90802, for lack of subject matter
12 | jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified
13 | copy of this Order to the state court; and (3) that the Clerk serve copies of this
14 | Order on the parties.
15 |     IT IS SO ORDERED.
16 | DATED: 1/21/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE